FILED

2015 NOV 18 PM 1:08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO |
| Plaintiff, | § § | |
| v. | § | **I N D I C T M E N T** |
| | § | |
| ADAM PATRICK DYER, | § | [In violation of: |
| | § | 18 U.S.C. § 2250(a) |
| Defendant. | § | Failure to Register] |

SA15CR0759 FB

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 2250(a)]

In or about June 2015, within the Western District of Texas, the Defendant,

**ADAM PATRICK DYER,**

a person required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate and foreign commerce, did knowingly fail to register and update his registration as required by the Sex Offender Registration and Notification Act,

All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

RICHARD DURBIN, JR.
UNITED STATES ATTORNEY

BY: *Tracy Thompson*
TRACY THOMPSON
Assistant United States Attorney

1